FILED
September 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002927860

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

HENRY C. VARGAS and
MARY VARGAS,

Debtors.

Case No. 10-17331-B-7

DC No. BMS-1

**MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**

Date: October 20, 2010
Time: 10:00 a.m.
Dept. B, Hon. W. Richard Lee

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1. Henry C. Vargas and Mary Vargas ("Debtors"), filed their Chapter 7 bankruptcy petition on June 30, 2010. Trustee is the duly appointed, qualified and acting Trustee in this case.

2. This Court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3. The assets of the estate include restaurant equipment ("equipment") used in Debtors' former business known as Papa Joe's Place, located at 1776 E. Tulare Street, Tulare, California. A copy of the list of equipment is attached hereto as Exhibit A.

4. Debtors valued the equipment at $20,000.00 and claimed an exemption in the amount of $7,077.00. Upon approval of the sale, Trustee will pay the exempt sum to the Debtors.

5. William Brown, Jim Pidgeon and Ken Dondero ("Buyers") are the owners of the premises where the restaurant was operated. Buyers desire to purchase the equipment for the sum of $15,000.00.

6. Trustee has agreed to sell the equipment to the Buyers for $15,000.00, subject to Court approval. Trustee has received from Buyers the $15,000.00.

7. Buyers agree to pay for all costs, liens and taxes, if any, associated with the equipment or the transfer of the personal property. Trustee makes no representation or warranties concerning the status of liens, taxes or other encumbrances on the equipment, and makes no representations or warranties concerning the condition of the equipment. Buyers will purchase the equipment "as is" and "where is".

8. After considering the value for the equipment, the cost of having the equipment appraised and inventoried, and the cost Trustee would incur to otherwise sell the equipment, Trustee believes that the above is the best price that Trustee can obtain and Trustee believes that it is in the best interest of the estate to sell the equipment to the Buyers according to the terms as set forth above. Trustee believes that no price can be obtained for the equipment which would net a greater amount to the estate.

9. Trustee is aware of no liens on the equipment.

10. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell the restaurant equipment to the Buyers as set forth above.

Dated: September 14, 2010

BETH MAXWELL STRATTON, Trustee

Papa Joe's Place LLC
Equipment Inventory – May 4, 2010

|     | Dining and Bar |
| --- | --- |
| 5 | Oak Bar Stools |
| 112 | Dining Chairs |
| 49 | Dining Tables |
| 18 | Booth Seats (approximately 48" long) |
| 6 | Circular Booth Seats |
| 4 | Long Bench Settees |
| 6 | High Chairs |
| 2 | Fountains (entry) |
| 2 | Large Chairs (entry) |
| 1 | Wooden Bench (entry) |
| 1 | Large Cashier Counter (entry) |
| 1 | Standing Clock (entry) |
|   | Assorted Wall Décor, Light fixtures, tablesettings throughout building |
| 1 | Complete computer system (2 entry stations, 1 main) Belview |
| 1 | Electric Wine Cooler |
| 1 | Oak Bar |
| 1 | Sliding Top Beer Box |
| 1 | 2 Door Continental Cooler Glass Doors |
| 1 | 3 Door Continental Cooler Solid doors (Keg Box) |
| 1 | 3 compartment Sing Small (Bar) |
| 1 | Hand Sink (Bar) |
| 3 | Bar Service Sectional with Bottle Holders |
| 3 | Bar Length Oak Shelves |
| 2 | Buffet Service Tables with lamps |
|   | SERVICE AREA (Servers) |
| 2 | Stainless Steel Shelf |
| 1 | Bus Cart |
| 1 | Stainless Steel 8' Table with Sink |
| 1 | Wire Rack Shelving |
| 1 | Goldtech Sliding Door Cooler |
| 1 | 8' FlatTop Stainless Steel Table with Undershelf |
| 1 | 4' Stainless Steel Table with 2 Shelves |
| 1 | Chip Warmer |
| 1 | 6' Stainless Steel Table |
| 1 | Hoshizaki Ice Machine |
| 1 | 2' Stainless Steel Table |
| 1 | 18" Stainless Steel Table |
| 1 | True Sandwich Prep Table |
| 3 | Stainless Steel Wall Shelves |
| 1 | Stainless Steel Hand Sink |

Exhibit _A_. Page ____ of ____

|     | Kitchen |
| --- | --- |
| 2   | 3 Compartment Steam Tables |
| 1   | 6' True Cold Table |
| 1   | 24' 2-Door True Refrigerator |
| 4   | Stainless Steel Wall Shelves |
| 1   | Walk-in Refrigerator with 5 sets of shelving |
| 2   | Pitco Fryers |
| 1   | DCS 3' Flat Top Stove 4 Burners |
| 1   | DCS 6 Burner Counter Top Model |
| 1   | DCS 3' Grill CounterTop Model |
| 1   | 6 Drawer Refrigerated Base for above |
| 1   | No Refrigerated Base |
| 2   | 12' Stainless Steel Shelves |
| 1   | 4' Burner CounterTop Range |
| 1   | 6' "American Range" Griddle |
| 1   | Walk-in Freezer with Shelving |
| 6   | Wire Rack Shelving |
| 1   | 6' Stainless Steel Table with Can Opener and Top Shelf |
| 1   | Ansul System |
| 2   | 10' Hood with Filters (5) |
| 3   | Wire Rack Carts |
| 100 | Platters (approximately) |
| 100 | 10" Plates (approximately) |
| 1   | 3 Compartment Pot Sink |
| 1   | Hand Sink |
| 20  | 2" Hotel Pans |
| 12  | 4" Hotel Pans |
| 24  | 6" Hotel Pans |
|     | Assorted ladels, pots, service items, tablesettings and silverware |
|     | Wall décor and fixtures (see photos) |